Ashlee B. Hesman, Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA TOCCI, as Special Administrator and Personal Representative of the Estate of Frank E. Tocci, Deceased; and Sandra Tocci, as Heir and Mother of FRANK E. TOCCI, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., f/k/a/ CORRECTIONS CORPORATION OF AMERICA; CORECIVIC OF TENNESSEE, LLC; BRIAN KOEHN, Warden, Nevada Southern Detention Center; DOE INDIVIDUALS I-XXV; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02174-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties stipulate to extend the deadline for Defendants CoreCivic & CoreCivic of Tennessee to respond to Plaintiff's Complaint, which was recently removed to this Court from the Fifth Judicial District Court for Nye County on December 30, 2022. This is the first stipulation for extension of time for Defendants to respond to Plaintiff's

Complaint.

Defendants' current deadline to file a responsive pleading is January 6, 2023. The parties stipulate to extend this deadline to January 20, 2023, to allow time to meet and confer regarding possible dismissal of some of Plaintiff's claims. This additional time is needed, in part, because Plaintiff's counsel just returned from traveling outside the county. As such, and to streamline this litigation, and avoid unnecessary motion practice and Court intervention, the parties stipulate to extend the deadline for Defendants to respond to Plaintiff's Complaint from January 6 to January 20, 2023. This brief requested extension is made in good faith and not for purposes of delay.

DATED this 6th day of January, 2023.

| LAW OFFICES OF MICHAEL GOWDEY | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| By:/s/ Michael I. Gowdey (w/ permission)<br>　Michael I. Gowdey<br>　815 S. Casino Center Blvd.<br>　Las Vegas, NV 89101<br>　mgowdey@aol.com<br>　*Attorneys for Plaintiff* | By: /s/ Ashlee B. Hesman<br>　Ashlee B. Hesman<br>　3100 West Ray Road, Suite 300<br>　Chandler, Arizona 85226<br>　ahesman@strucklove.com<br><br>　Gina G. Winspear<br>　DENNETT WINSPEAR<br>　3301 North Buffalo Dr., Suite 195<br>　Las Vegas, NV 89129<br>　GWinspear@dennettwinspear.com<br><br>　*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 1/9/2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

      Michael I. Gowdey                  mgowdey@aol.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

      N/A

By: /s/ S. Berry