```
MICHAEL I. GOWDEY, ESQ.
Nevada Bar No. 6994
LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 471-0321
Facsimile: (702) 471-1275
Email: mgowdey@aol.com
Attorneys for Plaintiffs
SANDRA TOCCI, Individually and
As Special Administrator of
The Estate of Frank E. Tocci, Et al
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA TOCCI, as Special Administrator and Personal Representative of the Estate of Frank E. Tocci, Deceased; and SANDRA TOCCI, as Heir and Mother of FRANK E. TOCCI, Deceased; JOSEPH MICHAEL TOCCI, SHAWN LOUIS TOCCI and LOUIS JAMES TOCCI, as Heirs and Siblings of FRANK E. TOCCI, Deceased.<br><br>Plaintiff,<br>vs.<br><br>CORECIVIC, INC., f/k/a/ CORRECTIONS CORPORATION OF AMERICA; CORECIVIC OF TENNESSEE, LLC; BRIAN KOEHN, Warden, Nevada Southern Detention Center; DOE INDIVIDUALS I–XXV; ROE ENTITIES I–X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02174-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

COME NOW, counsel for Plaintiff, MICHAEL I. GOWDEY, ESQ.,

and counsel for Defendants, ASHLEE B. HESMAN, ESQ, and GINA G. WINSPEAR, ESQ., and hereby submit this Stipulation for Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss.

Defendants filed their motion on February 16, 2023. Plaintiff's Opposition is currently calendared for March 2, 2023. Counsel for all Plaintiffs and Defendants hereby stipulate to extend the time for Plaintiff's counsel to file the Opposition to March 16, 2023. Pursuant to stipulation, Defendants' time to file their Reply Brief, should they desire, will not begin to run until Plaintiff has filed her Opposition.

It is so Stipulated.

| | |
|---|---|
| /s/ Michael I. Gowdey | /s/ Ashlee B. Hesman |
| Michael I. Gowdey, Esq. | Ashlee B. Hesman, Esq. |
| Nevada Bar No. 6994 | Nevada Bar No. 012740 |
| LAW OFFICES OF M. GOWDEY, LTD. | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 815 S. Casino Center Blvd. | 3100 West. Ray Road, Ste. 300 |
| Las Vegas, NV 89101 | Chandler, AZ 85226 |
| (702) 471-0321 | (480) 420-1600 |
| mgowdey@aol.com | ahesman@strucklove.com |
| Dated: March 1, 2023 | Dated: March 1, 2023 |

**ORDER**

GOOD CAUSE having been shown, it is hereby Ordered that time for filing of Plaintiff's Opposition to Defendants' Motion to Dismiss shall be extended to March 16, 2023.

IT IS SO ORDERED.

Dated this __2__ day of March, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
NEVADA BAR NO. 6994
815 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89101