Ashlee B. Hesman, Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SANDRA TOCCI, as Special Administrator and Personal Representative of the Estate of FRANK E. TOCCI, Deceased; and SANDRA TOCCI, as Heir and Mother of FRANK E. TOCCI, Deceased; JOSEPH MICHAEL TOCCI; SHAWN LOUIS TOCCI and LOUIS JAMES TOCCI, as Heirs and Siblings of FRANK E. TOCCI, Deceased,

Plaintiff,

v.

CORECIVIC, INC., f/k/a/ CORRECTIONS CORPORATION OF AMERICA; CORECIVIC OF TENNESSEE, LLC; BRIAN KOEHN, Warden, Nevada Southern Detention Center; DOE INDIVIDUALS I-XXV; ROE ENTITIES I-X, inclusive,

Defendants.

Case No. 2:22-cv-02174-GMN-DJA

**STIPULATION TO DISMISS DEFENDANT CORECIVIC OF TENNESSEE, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of Defendant CoreCivic of Tennessee, LLC, without prejudice to the extent this Defendant is later determined to be an essential party. This Stipulation pertains to CoreCivic

of Tennessee, LLC, only. The Parties further stipulate that each party will bear their own attorneys' fees and costs with respect to the dismissal outlined above.

DATED this 21st day of March, 2023.

LAW OFFICES OF MICHAEL GOWDEY

By:/s/ Michael I. Gowdey (w/ permission)
Michael I. Gowdey
815 S. Casino Center Blvd.
Las Vegas, NV 89101
mgowdey@aol.com

*Attorneys for Plaintiff*

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By: /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT JUDGE Dated: March 21, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael I. Gowdey mgowdey@aol.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: /s/ S. Berry