Ashlee B. Hesman
Nevada Bar No. 012740
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
ahesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc. and Koehn*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA TOCCI, as Special Administrator and Personal Representative of the Estate of FRANK E. TOCCI, Deceased; and SANDRA TOCCI, as Heir and Mother of FRANK E. TOCCI, Deceased; JOSEPH MICHAEL TOCCI; SHAWN LOUIS TOCCI and LOUIS JAMES TOCCI, as Heirs and Siblings of FRANK E. TOCCI, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., f/k/a/ CORRECTIONS CORPORATION OF AMERICA; CORECIVIC OF TENNESSEE, LLC; BRIAN KOEHN, Warden, Nevada Southern Detention Center; DOE INDIVIDUALS I-XXV; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02174-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that all claims filed in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear their own attorneys' fees and costs in this matter.

DATED this 24th day of October, 2023.

LAW OFFICES OF MICHAEL GOWDEY

By /s/ Michael I. Gowdey (*with permission*)
　Michael I. Gowdey
　815 S. Casino Center Blvd.
　Las Vegas, NV  89101
　mgowdey@aol.com

*Attorney for Plaintiff*

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Ashlee B. Hesman
　Ashlee B. Hesman
　3100 West Ray Road, Suite 300
　Chandler, Arizona 85226
　ahesman@strucklove.com

　Gina G. Winspear
　DENNETT WINSPEAR
　3301 North Buffalo Dr., Suite 195
　Las Vegas, NV 89129
　GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc. and Koehn*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: October 24, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Michael I. Gowdey        Gowdeylaw@gmail.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

                By: /s/ Elaine Percevecz